NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEXUSCARD, INC.,**
*Plaintiff-Appellant*

**v.**

**KROGER CO.,**
*Defendant-Appellee*

---

2016-2074, 2016-2077

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-00961-JRG, 2:15-cv-00968-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

ADAM BAUMLI, Baumli Law Firm PLLC, Dallas, TX, for plaintiff-appellant.

WILLIAM P. ATKINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, for defendant-appellee. Also represented by BRIAN CHRISTOPHER NASH, Austin, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 9, 2017  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |